

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-18-01128-CR

Trial Court Cause
Number:                  17-CR-0916

Style:                   *Lonnie Gene Kinnett*

                         *v. The State of Texas*

Date motion filed\*:     March 6, 2021

Type of motion:          Motion for Extension of Time

Party filing motion:     Appellant

Document to be filed:    Motion for Rehearing and/or Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
        Original due date:                          February 25, 2021
        Number of previous extensions granted:      2
        Date Requested:                             21 days

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  **March 18, 2021**

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☒ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ April Farris
        ☒ Acting individually      ☐ Acting for the Court

Date: March 11, 2021